UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EMANUEL LOPEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Thursday, February 3, 2011 at 9:00 a.m.** in courtroom A-1002.

    Dated:  November 3, 2010